FILED

NOV 23 1999

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 9:99-3146-08 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO APPEAR OR PLEAD |
| LILA MAE B. HOLEYDAY, WILLIE BADGER, GOLDOME CREDIT CORPORATION AND THE EXCHANGE BANK, | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |



This matter is before the Court on motion of the plaintiff for an Order directing the absent defendant, Lila Mae B. Holeyday, to appear or plead as is authorized by the provisions of 28 U.S.C. §1655.

This is an action to foreclose a mortgage on real property situate in Hampton County, South Carolina, as is more fully described in the Complaint on file in the office of the Clerk of this Court.

It appears from the affidavit of plaintiff's attorney that the current address of the absent defendant, Lila Mae B. Holeyday, is unknown to the affiant and said defendant cannot be located and served within the State of South Carolina, making personal service impracticable.

Accordingly, as is authorized by the provisions of 28 U.S.C. §1655, it is

ORDERED

That the defendant, Lila Mae B. Holeyday, be served by publication of this Order once a week for six consecutive weeks in <u>The Guardian</u>, a newspaper published in this District and having a general circulation in the county where the mortgaged property is situate.

That the defendant, Lila Mae B. Holeyday, appear or plead to the Complaint on file in this action within twenty days from the last date of such publication;

That a certified copy of this Order, and the Summons and Complaint, shall be served upon the defendant personally if practicable, wherever found, if the location of the defendant becomes known to the plaintiff's attorney before a final decree of foreclosure is entered in this action; and that a copy of this Order shall be served upon the person or persons in possession or charge of the property, if any; and

Upon failure of the defendant, Lila Mae B. Holeyday, to appear or plead to the Complaint within the time allowed, the Court will proceed to a hearing and adjudication of this cause in the same manner as if personal service had been effected within the State of South Carolina, subject to the provisions of 28 U.S.C. §1655.

UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
November 22, 1999