FILED
OCT 05 2000
LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 9:99-3146-08 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER CONFIRMING |
| | ) | MARSHAL'S REPORT OF SALE |
| LILA MAE B. HOLEYDAY, WILLIE BADGER, GOLDOME CREDIT CORPORATION AND THE EXCHANGE BANK, | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

The United States Marshal, having submitted his Report of Sale in the above-entitled action, showing that pursuant to the Order of this Court, he offered for sale at public auction, after due advertisement thereof, the property described in the Decree of Foreclosure and Sale pursuant to and in accordance with the terms thereof, and at such sale, Nickey Maxey and Frank Gaston were the highest bidders, the bid being the sum of Twenty Thousand and no/100 ($20,000.00) Dollars for the real estate herein concerned; that said sale is now final and the aforesaid high bid was accepted, subject to the approval of this Court, and it appearing that said amount is a fair price for the property under the circumstances existing, and that said sale should be confirmed;

NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED

That the aforesaid Report of the United States Marshal, and the sale made by him as reported herein, are hereby approved and confirmed, and that the said United States Marshal is hereby

authorized and directed to execute and deliver to Nickey Maxey and Frank Gaston, and their heirs and assigns forever, a good and sufficient deed conveying to Nickey Maxey and Frank Gaston the property described in the Decree of Foreclosure and Sale herein.

_____
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 5, 2000

ON MOTION OF:

J. RENE' JOSEY
United States Attorney

By: _____
LAVERNE H. MANNING (ID #5746)
Assistant United States Attorney

#2