IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 9:99-3146-08 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISTRIBUTION OF |
| vs. | ) | SURPLUS SALE PROCEEDS |
| | ) | |
| LILA MAE B. HOLEYDAY, WILLIE | ) | |
| BADGER, GOLDOME CREDIT | ) | |
| CORPORATION AND THE EXCHANGE | ) | |
| BANK, | ) | |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court on plaintiff's motion for an order authorizing the U. S. Marshal to distribute the surplus sale proceeds resulting from a foreclosure and sale of certain real property, which is the subject of this action.

It appears that on May 30, 1973, Henry Badger and Margaret Badger, procured a loan from the Farmers Home Administration, n/k/a Rural Development, which loan was secured by the real property of the borrower(s). Both borrowers are deceased and the property has been conveyed to Lila Mae Holeyday and Willie Badger by Deed of Distribution dated June 11, 1990.

Thereafter, the loan account became in default causing the foreclosure and sale of the collateral abovementioned. From the sale there remains in the hands of the Marshal surplus sale proceeds in the total amount of $5,533.93; and he is desirous of disbursing the proceeds to the rightful owners thereof and to clear his records. The third party lienholders have been paid in full.

Now, therefore, it is hereby

ORDERED that the U. S. Marshal for this District be, and hereby is, authorized and directed to forthwith disburse and distribute the aforesaid surplus sale proceeds in this case as follows:

Lila Mae Holeyday....................................$2,766.97

Willie Badger.......................................$2,766.96

      TOTAL DISBURSED............................$5,533.93

AND IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

May 21, 2001

#2